**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:19-cv-02199-NYW

POPSOCKETS LLC

        Plaintiff,

v.

MICHOEL SUSSMAN, and
JOHN DOES 1-10,

        Defendants.

## NOTICE OF SETTLEMENT

Plaintiff PopSockets LLC ("PopSockets"), by and through counsel, hereby submits this Notice of Settlement, and states as follows:

The parties have reached a settlement of all claims asserted in this action, and all parties have executed a settlement agreement. The parties anticipate fulfilling the terms of the settlement agreement by October 10, 2019.

Upon fulfillment of the terms of the settlement agreement, Plaintiff will file a Notice of Dismissal in accordance with the terms of the Settlement Agreement.

Although counsel for Defendant has not entered an appearance, counsel have agreed that in light of the settlement Defendant will not be filing an answer, and Plaintiff similarly proposes that the currently scheduled deadlines and Scheduling Conference be vacated and that the Court set a dismissal deadline.

Respectfully submitted,

/s/Matthew Groves
Groves Law, LLC
281 S. Pearl St.
Denver, CO 80209
Phone: (303) 557-0199
Email:  matt@grovesllc.com

William D. Kloss (Ohio Bar No. 0040854)
Daren S. Garcia (Ohio Bar No. 007156)
Rajeev K. Adlakha (Ohio Bar No. 0087096)
Vorys, Sater, Seymour and Pease LLP
200 Public Square
Suite 1400
Cleveland, OH 44114-2327
Phone:  (216) 479-6175
Email:  wdklossjr@vorys.com
            dsgarcia@vorys.com
            rkadlakha@vorys.com

*Counsel for Plaintiff PopSockets LLC*

3

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was electronically filed with the Court on **October 9, 2019**. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system, and will be sent to Defendant's counsel via email.

                              */s/ Matthew Groves*
                              Matthew Groves