**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:19-cv-02199-NYW

POPSOCKETS LLC

       Plaintiff,

v.

MICHOEL SUSSMAN and
JOHN DOES 1-10, individually
or as corporate/business entities,

       Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff PopSockets LLC hereby voluntarily dismisses all claims in this action without prejudice and without costs to any party.

Dated this 14th day of October, 2019.

                                            Respectfully submitted,

                                            /s/Matthew Groves
                                            Groves Law, LLC
                                            281 S. Pearl St.
                                            Denver, CO 80209
                                            Phone: (303) 557-0199
                                            Email: matt@grovesllc.com

                                            William D. Kloss (Ohio Bar No. 0040854)
                                            Daren S. Garcia (Ohio Bar No. 007156)
                                            Rajeev K. Adlakha (Ohio Bar No. 0087096)
                                            Vorys, Sater, Seymour and Pease LLP
                                            200 Public Square
                                            Suite 1400
                                            Cleveland, OH 44114-2327

Phone:  (216) 479-6175
Email:  wdklossjr@vorys.com
dsgarcia@vorys.com
rkadlakha@vorys.com

*Counsel for Plaintiff PopSockets LLC*

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was electronically filed with the Court on **October 14, 2019**. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Counsel further certifies that Counsel has served a copy of the Motion on the Defendants and their counsel by email.

*/s/ Matthew Groves*
Matthew Groves